**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−24005−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Michelle R Bowers
  214 Willow Run Dr.
  Butler, PA 16001

Social Security No.:
  xxx−xx−4196

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Joseph J. Nash
The Nash Law Office
PO Box 673
164 S. Main St.
Slippery Rock, PA 16057
Telephone number: 724−406−0616

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 13, 2017
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
February 13, 2017
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 1/11/17

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-24005-CMB
Michelle R Bowers                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr                Page 1 of 2                Date Rcvd: Jan 11, 2017
                                Form ID: rsc              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
```
db          +Michelle R Bowers,    214 Willow Run Dr.,    Butler, PA 16001-1262
cr          +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14312390    +Allegent Community Fcu,    1001 Liberty Ave, Ste #100,    Pittsburgh, PA 15222-3715
14336999    +Allegent Community Federal Credit Union,    2000 Corporate Drive, Suite 2500,
              Wexford, PA 15090-7611
14312391    +Allegent Credit Union,    1001 Liberty Ave.,    Pittsburgh, PA 15222-3726
14312393    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14312394    +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    Po Box 1799,
              Akron, OH 44309-1799
14312395    +Berkheimer Tax,    PO Box 25153,    Lehigh Valley, PA 18002-5153
14312396    +Butler Memorial Hospital,    1 Hospital Way,    Butler, PA 16001-4697
14312397    +Cap1/polrs,    Capital One Retail Services,    Po Box 30285,    Salt Lake City, UT 84130-0285
14312398    +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14312399    +Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
14312400    +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14312401    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
14312402    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
14345101    +Deere & Company d/b/a John Deere Financial,    PO Box 6600,    Johnston IA 50131-6600
14312403    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14312405    +Harley Davidson Credit,    Dept. 15129,    Palatine, IL 60055-0001
14328541    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14312407     John Deere Financial,    PO Box 6600,    Johnston, IA 50131-6600
14325397    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14312409    +Subaru Motors,    PO Box 901037,    Fort Worth, TX 76101-2037
14312413    +Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
14336563     Wells Fargo Bank, N.A.,    Default Document Processing,    MAC # N9286-01Y,
              1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:37:45      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
14328063     E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 01:37:06      Ally Bank,    PO Box 130424,
              Roseville MN 55113-0004
14312392    +E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 01:37:06      Ally Financial,
              Po Box 380901,    Bloomington, MN 55438-0901
14318440     E-mail/Text: mrdiscen@discover.com Jan 12 2017 01:37:06      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14312404    +E-mail/Text: mrdiscen@discover.com Jan 12 2017 01:37:06      Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
14312406     E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 01:37:11      IRS,    PO BOX 7346,
              Philadelphia, PA 19101-7346
14330360     E-mail/Text: bk.notifications@jpmchase.com Jan 12 2017 01:37:18      JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14312408    +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 12 2017 01:37:10      Kohls/Capital One,
              Po Box 3120,    Milwaukee, WI 53201-3120
14312410    +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:29:41      Syncb/levin Furniture,
              Po Box 965064,    Orlando, FL 32896-5064
14312411    +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:29:41      Synchrony Bank/Lowes,
              Po Box 965064,    Orlando, FL 32896-5064
14312412    +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:29:41      Synchrony Bank/Sams,
              Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              Wells Fargo Bank, NA
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: gamr              Page 2 of 2               Date Rcvd: Jan 11, 2017
                               Form ID: rsc            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph J. Nash      on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net
              Mario J. Hanyon     on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```