**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **MICHELLE R. BOWERS,** | **CASE NO. 16-24005-CMB** |
|     DEBTOR | |
| **MICHELLE R. BOWERS,** | **CHAPTER 13** |
|     MOVANT | |
| v. | |
| **NO RESPONDENTS** | |
| **RONDA J. WINNECOUR, TRUSTEE** | |

**CERTIFICATE OF SERVICE FOR WAGE ATTACHMENT ORDER AND LOCAL FORM 12**

I certify under penalty of perjury that I served the above captioned **WAGE ATTACHMENT ORDER AND LOCAL FORM 12** on the parties at the addresses specified below on February 13, 2017. Service was by first class U.S. mail.

Served by USPS First Class Mail:

    Garnishment Operations – hga

    PO Box 99802

    Cleveland, OH 44199-8002


Executed on February 13, 2017

              _____/s/ Joseph J. Nash, Esq.___
              Joseph J. Nash, Esq.
              PA ID: 204583
              The Nash Law Office
              PO BOX 673
              Slippery Rock, PA 16057
              724-406-0616
              attorneynash@nashlawoffice.net