FILED
2/16/17 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Bowers                                   JAD/TPA/**CMB**/GLT
Date of Meeting: 2/13/17
Case Number: 16-24005    Recording # 5
Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ✓ partial payments)
Attorney for debtor(s) Nash    (Present ✓ or Not Present ___)
Date of Plan at § 341: 11-23-16    Applicable commitment period ___ 3 yrs ✓ 5 yrs

M McClellan - JPMorgan Chase Bank.

The projected disposable income on
I+J is much higher than plan
proposes + only 15% for ©

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
✓ Amended Plan due: 3-1-17 ; Objections due: 3-22-17

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting    OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 4-13-17    at 1:30 am/pm Location 3251 US Steel

Chapter 13 Trustee/Attorney for Trustee