**Form 314**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michelle R Bowers** | : | Case No. 16−24005−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Next Hearing Date: April 13, 2017 at |
| | : | 1:30 p.m. |

## ORDER

     *AND NOW,* this **16th day of February, 2017,** as a result of the Proceeding held on February 13, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before March 30, 2017,** all *Objections* to the proposed *Plan,* if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On April 13, 2017 at 01:30 PM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    ***On or before March 1, 2017,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before March 30, 2017, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

***On April 13, 2017 at 01:30 PM,*** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐   C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

*Carlota M. Böhm* (signature)
Carlota M. Böhm, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michelle R Bowers  
    Debtor

Case No. 16-24005-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Feb 16, 2017  
                             Form ID: 314      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.  
db           +Michelle R Bowers,    214 Willow Run Dr.,    Butler, PA 16001-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:  
        James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
        Joseph J. Nash    on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net  
        Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                        TOTAL: 8