10:00 A.M.

## PROCEEDING MEMO

Date: FEBRUARY 22, 2017

In re: MICHELLE R. BOWERS

Bankruptcy No. 16-24005 CMB
Chapter 13
Doc. #25

Appearances: Winnecour / Paid / Bedford / Katz

Movant(s): James C. Warmbrodt

Respondent(s):

Creditor(s):

Nature of Proceeding: Motion for Relief from the Automatic Stay filed by Harley-Davidson Credit Corp.

Additional Pleadings: Certificate of Service; CNO (30)

Judge's Notes:

Outcome:            Motion granted.

✓ Motion is GRANTED    ✓ Order entered

___ Motion is DENIED    ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED    ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED    ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER:    ___ for at least ___ days (Court to Issue Order)

___ to hearing date of ___

___ ISSUE EVIDENTIARY HEARING NOTICE

___ Discovery time needed ___ days

___ Briefs to be filed: Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

FILED
2/22/17 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge