**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michelle R. Bowers<br>　　　　　　Debtor | |
| Harley-Davidson Credit Corp<br>　　　　　　Movant<br>　　v.<br>Michelle R. Bowers<br>　　　　　　Respondent<br>　　and<br>TRonda J. Winnecour, Trustee<br>　　　　　　Additional Respondent | BK. NO. 16-24005 CMB<br><br>CHAPTER 13<br><br>Related to Docket #__25__ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 22nd Day of February, 2017, at Pittsburgh, upon the Motion of Harley-Davidson Credit Corp, it is

　　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 HARLEY-DAVIDSON FLHX STREET GLIDE, VIN: 1HD1KBM1XDB672959, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Carlota M. Böhm_
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list:

FILED
2/22/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Michelle R. Bowers
214 Willow Run Drive
Butler, PA 16001

Joseph J. Nash
164 S. Main Street
PO Box 673
Slippery Rock, PA 16057
attorneynash@nashlawoffice.net

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24005-CMB
Michelle R Bowers                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel           Page 1 of 1           Date Rcvd: Feb 22, 2017
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Michelle R Bowers,    214 Willow Run Dr.,    Butler, PA 16001-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph J. Nash    on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8