**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE<br>MICHELLE R. BOWERS<br>　　　Debtor. | Case Number: 16-24005-CMB<br>Chapter 13 |
| JOHN DEERE FINANCIAL,<br>　　　MOVANT,<br><br>-VS-<br><br>MICHELLE R. BOWERS, RONDA J.<br>WINNECOUR, Chapter 13 Trustee,<br>　　　RESPONDENTS. | Hon. Carlota M. Böhm<br><br>Doc. No.:<br><br>Related to Doc. No.: 54 |

**CERTIFICATE OF SERVICE FOR STIPULATION AND CONSENT ORDER (Doc. No. 54)**

　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 16, 2017.

　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

**Service via Electronic Notification:**

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Mario J. Hanyon on behalf of Creditor Wells Fargo Bank, NA
pawb@fedphe.com

Joseph J. Nash on behalf of Debtor Michelle R Bowers
attorneynash@nashlawoffice.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Daniel R. Schimizzi on behalf of Creditor John Deere Financial
dschimizzi@bernsteinlaw.com,
cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples TWP LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Harley-Davidson Credit Corp
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

EXECUTED ON: March 17, 2017

                              Respectfully submitted:

                              BERNSTEIN-BURKLEY, P.C.
                              By: */s/ Daniel R. Schimizzi*
                              Daniel R. Schimizzi, Esq.
                              PA I.D.: 311869
                              dschimizzi@bernsteinlaw.com
                              BERNSTEIN-BURKLEY, P.C.
                              707 Grant St., Ste. 2200, Gulf Tower
                              Pittsburgh, PA 15219
                              Phone: (412)456-8121
                              Fax:    (412)456-8135
                              *Counsel for John Deere Financial*