IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>MICHELLE R. BOWERS<br>    Debtor. | Case Number: 16-24005-CMB<br>Chapter 13 |
| JOHN DEERE FINANCIAL,<br>    MOVANT, | Hon. Carlota M. Böhm |
| -VS- | Doc. No.:<br>Related to Doc. No.: 54 |
| MICHELLE R. BOWERS, RONDA J.<br>WINNECOUR, Chapter 13 Trustee,<br>    RESPONDENTS. | Hearing Date:<br>Hearing Time: |

## CONSENT ORDER

AND NOW, this __20th__ day of __March__, 2017, upon due consideration of the foregoing Stipulation, it is hereby

ORDERED AND DECREED that the Stipulation is APPROVED. The Automatic Stay, as it applies to the interest of John Deere Financial in the following equipment is terminated and unconditionally lifted:

    i.    One (1) JD Model 1025R Sub-Compact Utility Tractor;
    ii.   One (1) JD Model 260 Backhoe; and,
    iii.  One (1) JD Model H120 Loader.

It is further ORDERED AND DECREED that John Deere Financial shall have thirty (30) calendar days from the date on which John Deere Financial liquidates the aforementioned equipment to file an unsecured proof of claim.

~~It is further ORDERED AND DECREED that the stay of this Order provided for in Fed. R. Bankr. P. 4001(a)(3) is hereby WAIVED.~~

BY THE COURT:

_/s/ Carlota M. Böhm_
Carlota M. Böhm
United States Bankruptcy Judge

FILED
3/20/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michelle R Bowers  
      Debtor

Case No. 16-24005-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Mar 20, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.  
db           +Michelle R Bowers,    214 Willow Run Dr.,    Butler, PA 16001-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:  
       Daniel R. Schimizzi    on behalf of Creditor    John Deere Financial dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
       Joseph J. Nash    on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net  
       Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                  TOTAL: 9