## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|   |   |
|---|---|
| Debtor: | MICHELLE R BOWERS |
| Case Number: | 16-24005-CMB      Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017  01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/19/17 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#42 Amended Plan Dated 3/1/2017  (N)
R / M #:  42 / 0

### *Appearances:*

Debtor: Nash
Trustee: Winnecour / Bedford / ~~Fail~~ / ~~Katz~~
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __6/8/17__ at __3:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Con't for trustee review.*

*Requested Retirement Loan Balance & payoff date*

4/6/2017    1:22:33PM