IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Michelle R. Bowers<br>Debtor<br><br>v.<br><br>No respondents<br><br>RONDA J. WINNECOUR, Chapter 13 Trustee, | Bankruptcy Co.: 16-24005<br>Chapter 13<br><br><br><br>RELATED TO CLAIM # 6 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND PLAN WITH CHANGE OF MORTGAGE PAYMENT

The undersigned is the attorney for the debtors in this case.

The undersigned declares that the current Chapter 13 Plan filed by the debtors in this matter is sufficient to pay the mortgage payment pursuant to the "Notice of Mortgage Payment Change" filed by creditor Wells Fargo Bank, N.A. at Claim No. 6 in the above-captioned matter.


Dated: June 16, 2017


_____/s/ Joseph J. Nash, Esq.___

Joseph J. Nash, Esq.

PA ID: 204583

The Nash Law Office

PO BOX 673

Slippery Rock, PA 16057

724-406-0616

attorneynash@nashlawoffice.net