**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **MICHELLE R. BOWERS,**<br>　　　　**DEBTOR** | **CASE NO. 16-24005-CMB** |
| **MICHELLE R. BOWERS,**<br>　　　　**MOVANT** | **CHAPTER 13** |
| v. | |
| **NO RESPONDENTS** | |
| **RONDA J. WINNECOUR, TRUSTEE** | |

### CERTIFICATE OF SERVICE FOR WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I certify under penalty of perjury that I served the above captioned **WAGE ATTACHMENT ORDER AND LOCAL FORM 12** on the parties at the addresses specified below on JUNE 20, 2017.  Service was by first class U.S. mail.

Served by USPS First Class Mail:

Garnishment Operations – hga

PO Box 99802

Cleveland, OH 44199-8002

Executed on June 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. Nash, Esq.
　　　　　　　　　　　　　　　　　　　　Joseph J. Nash, Esq.
　　　　　　　　　　　　　　　　　　　　PA ID: 204583
　　　　　　　　　　　　　　　　　　　　The Nash Law Office
　　　　　　　　　　　　　　　　　　　　PO BOX 673
　　　　　　　　　　　　　　　　　　　　Slippery Rock, PA 16057
　　　　　　　　　　　　　　　　　　　　724-406-0616
　　　　　　　　　　　　　　　　　　　　attorneynash@nashlawoffice.net