# United States Bankruptcy Court
### Western District of Pennsylvania

In re: Michelle R Bowers  
Debtor(s)

Case No. 16-24005  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, a copy of NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED CHAPTER 13 PLAN DATED FEBRUARY 14, 2018 was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors on the attached document.

/s/ Joseph J. Nash  
Joseph J. Nash  
The Nash Law Office  
PO Box 673  
SLIPPERY ROCK, PA 16057

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-24005-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Feb 20 21:59:13 EST 2018 | John Deere Financial<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1908 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples TWP LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Allegent Community Fcu<br>1001 Liberty Ave, Ste #100<br>Pittsburgh, PA 15222-3715 | Allegent Community Federal Credit Union<br>2000 Corporate Drive, Suite 2500<br>Wexford, PA 15090-7611 |
| Allegent Credit Union<br>1001 Liberty Ave.<br>Pittsburgh, PA 15222-3726 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Belden Jewelers/Sterling Jewelers, Inc<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 |
| Berkheimer Tax<br>PO Box 25153<br>Lehigh Valley, PA 18002-5153 | Butler Memorial Hospital<br>1 Hospital Way<br>Butler, PA 16001-4697 | Cap1/polrs<br>Capital One Retail Services<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Deere & Company d/b/a John Deere Financial<br>PO Box 6600<br>Johnston IA 50131-6600 |
| Deere & Company d/b/a John Deere Financial<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St. Ste. 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | Dept Of Ed/Navient<br>Attn: Claims Dept<br>Po Box 9400<br>Wilkes Barr, PA 18773-9400 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |

| | | |
|---|---|---|
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Harley Davidson Credit<br>Dept. 15129<br>Palatine, IL 60055-0001 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Navient Solutions, Inc. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Subaru Motors<br>PO Box 901037<br>Fort Worth, TX 76101-2037 |
| Syncb/levin Furniture<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Lowes<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Sams<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC # N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Joseph J. Nash<br>The Nash Law Office<br>PO Box 673<br>164 S. Main St.<br>Slippery Rock, PA 16057-1245 |
| Michelle R Bowers<br>214 Willow Run Dr.<br>Butler, PA 16001-1262 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.