# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHELLE R BOWERS |
| **Case Number:** | 16-24005-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 26, 2018 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/1/18 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#75 - Amended Plan Dated: 2-21-2018 (FC)
[Trustee: As of 4/17/18 the OSDC order appears unserved]
R / M #:  75 / 0

*Appearances:*   NaSH

Debtor:
Trustee:  Winnecour / (Pail) / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. #75 Other:  WITHdrawn

4/19/2018   2:37:04PM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOHN DEFILLIP
**Case Number:** 17-24124-JAD      **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 26, 2018 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#14 - Final Confirmation of Plan Dated 10/1/2017 (NFC)
+Objections By: Montour Area School District
R / M #: 14 / 0

### Appearances:

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone     *Frye*
Creditor:

### Proceedings:       PLEASE SUBMIT CONFIRMATION ORDER

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/19/2018   2:37:04PM