# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 16-24005-CMB |
| ) | |
| MICHELLE R. BOWERS, ) | Document No.: 78 & 80 |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | Chapter 13 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| ASSIGNEE OF ALLY BANK, BY AND ) | |
| THROUGH ITS SERVICING AGENT, PRA ) | |
| RECEIVABLES MANAGEMENT, LLC ) | |
| Movant ) | **HEARING DATE**: |
| vs. ) | Thursday, November 29, 2018 |
| ) | 11:00 a.m. |
| MICHELLE R. BOWERS, Debtor ) | |
| and SHAWN P. BOWERS, Codebtor ) | |
| Respondents ) | |

## STIPULATION

COME NOW, this ___ day of _____, 2018, Debtors Michelle R. Bowers and Codebtor, Shawn P. Bowers, by and through their attorney, Joseph J. Nash, Esquire, and Portfolio Recovery Associates, LLC. Assignee of Ally Bank ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief from Automatic Stay and Motion for Relief from Codebtor Stay:

WHEREAS the Debtor and Codebtor own a 2016 Dodge Ram 2500, V.I.N 3C6URCL0GG173671 ("vehicle"); and

WHEREAS the Debtor's confirmed plan does not provide for the treatment of the claim related to the vehicle through the plan; and

WHEREAS the vehicle is in the possession of the Codebtor; and

WHEREAS PRA filed a Motion for Relief from Automatic Stay and Motion for Relief from Codebtor Stay ("Motions"); and

WHEREAS the parties wish to address issues related to the payment of the claim outside of the bankruptcy; and

WHEREAS the Debtors and PRA seek to resolve the Motions; it is hereby stipulated and agreed that:

1. The automatic stay and codebtor stall be lifted with respect to the Movant related to the 2016 Dodge Ram 2500, V.I.N 3C6URCL0GG173671.

2. It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

3. The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE


Respectfully submitted,

MESTER & SCHWARTZ, P.C.

Dated:  _____10/22/18_____     /s/ Laurence A. Mester_____
Laurence A. Mester, Esquire
Attorney for Portfolio Recovery Associates, LLC
Assignee of Ally Bank ("PRA"), by and through its
servicing agent, PRA Receivables Management, LLC
1333 Race Street
Mester & Schwartz, P.C.
Philadelphia, PA 19107
(267) 909-9036
lmester @mesterschwartz.com
PA Atty I.D. 79184

Dated:    10/22/18             /s/ Joseph J. Nash
                              Joseph J. Nash, Esquire
                              Attorney for Debtor
                              The Nash Law Office
                              P.O. Box 673
                              164 S. Main Street
                              Slippery Rock, PA 16057
                              (724) 406-0616
                              attorneynash@nashlawoffice.net
                              PA Atty I.D. 204583

CHAPTER 13 TRUSTEE'S OFFICE

Dated:    10/22/18             /s/ Jana Pail
                              Jana Pail, Esq.
                              Attorney for Chapter 13 Trustee
                              Suite 3250, USX Tower
                              600 Grant Street
                              Pittsburgh, PA 15219
                              (412) 471-5566
                              jpail@chapter13trusteewdpa.com
                              PA Atty I.D. 88910

Please send copies to:

Michelle R. Bowers
214 Willow Run Dr.
Butler, PA 16001

Shawn P. Bowers
216 Litman Road
Apt 9E
Butler, PA 16001

Joseph J. Nash, Esquire
The Nash Law Office
PO Box 673
164 S. Main Street
Slippery Rock, PA 16057

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107