**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24005-CMB |
| | : | Chapter 13 |
| MICHELLE R. BOWERS, | : | Related to Document No. 78 & 80 |
| | : | Hearing Date & Time: November 29, 2018, 11:00 a.m. |
| Debtor. | : | |
| -------------------------------------------------------- | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| ASSIGNEE OF ALLY BANK, BY AND | : | |
| THROUGH ITS SERVICING AGENT, PRA | : | |
| RECEIVABLES MANAGEMENT, LLC | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| MICHELLE R. BOWERS, Debtor | : | |
| and SHAWN P. BOWERS, Codebtor | : | |
| Respondents | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**MOTIONS FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

The undersigned hereby certifies that agreement has been reached with the Movant(s) regarding the Motion for Relief from Automatic Stay and Motion for Codebtor Relief filed on October 12, 2018. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:  October 22, 2018                    By:  /s/ Laurence A. Mester
                                                                                        Signature

                                                                                        Laurence A. Mester
                                                                                        Typed Name

                                                                                        1333 Race St., Philadelphia, PA 19107
                                                                                        Address

                                                                                        (267) 909-9036
                                                                                        Phone No.

                                                                                        PA I.D. 79184
                                                                                        List Bar I.D. and State of Admission

**PAWB Local Form 26 (07/13)**