### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 16-24005-CMB |
| ) | |
| MICHELLE R. BOWERS, ) | Document No.: 78 & 80, 87 |
|     Debtor ) | |
| ～～～～～～～～～～～～～～～～～～～～～～ ) | Chapter 13 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| ASSIGNEE OF ALLY BANK, BY AND ) | |
| THROUGH ITS SERVICING AGENT, PRA ) | |
| RECEIVABLES MANAGEMENT, LLC ) | |
|     Movant ) | **HEARING DATE**: |
| vs. ) | Thursday, November 29, 2018 |
| ) | 11:00 a.m. |
| MICHELLE R. BOWERS, Debtor ) | |
| and SHAWN P. BOWERS, Codebtor ) | |
|     Respondents ) | |

### STIPULATION

COME NOW, this 23rd day of October, 2018, Debtors Michelle R. Bowers and Codebtor, Shawn P. Bowers, by and through their attorney, Joseph J. Nash, Esquire, and Portfolio Recovery Associates, LLC. Assignee of Ally Bank ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC, by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief from Automatic Stay and Motion for Relief from Codebtor Stay:

WHEREAS the Debtor and Codebtor own a 2016 Dodge Ram 2500, V.I.N 3C6URCL0GG173671 ("vehicle"); and

WHEREAS the Debtor's confirmed plan does not provide for the treatment of the claim related to the vehicle through the plan; and

WHEREAS the vehicle is in the possession of the Codebtor; and

WHEREAS PRA filed a Motion for Relief from Automatic Stay and Motion for Relief from Codebtor Stay ("Motions"); and

WHEREAS the parties wish to address issues related to the payment of the claim outside of the bankruptcy; and

WHEREAS the Debtors and PRA seek to resolve the Motions; it is hereby stipulated and agreed that:

1. The automatic stay and codebtor stall be lifted with respect to the Movant related to the 2016 Dodge Ram 2500, V.I.N 3C6URCL0GG173671.

2. It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

3. ~~The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.~~

BY THE COURT:

/s/ Carlota M. Bohm
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

Dated:    10/22/18

/s/ Laurence A. Mester
Laurence A. Mester, Esquire
Attorney for Portfolio Recovery Associates, LLC
Assignee of Ally Bank ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC
1333 Race Street
Mester & Schwartz, P.C.
Philadelphia, PA 19107
(267) 909-9036
lmester@mesterschwartz.com
PA Atty I.D. 79184

FILED
10/23/18 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Dated: _____10/22/18_____     /s/ Joseph J. Nash_____
Joseph J. Nash, Esquire
Attorney for Debtor
The Nash Law Office
P.O. Box 673
164 S. Main Street
Slippery Rock, PA 16057
(724) 406-0616
attorneynash@nashlawoffice.net
PA Atty I.D. 204583

CHAPTER 13 TRUSTEE'S OFFICE

Dated: _____10/22/18_____     /s/ Jana Pail_____
Jana Pail, Esq.
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com
PA Atty I.D. 88910

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michelle R Bowers
      Debtor

Case No. 16-24005-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Oct 23, 2018
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db          +Michelle R Bowers,   214 Willow Run Dr.,   Butler, PA 16001-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
      Daniel R. Schimizzi    on behalf of Creditor   John Deere Financial dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com
      James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com
      Joseph J. Nash    on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net
      Laurence A. Mester    on behalf of Creditor   Portfolio Recovery Associates, LLC lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
      Mario J. Hanyon    on behalf of Creditor   Wells Fargo Bank, NA pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                        TOTAL: 10