**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHELLE R BOWERS

            Debtor(s)

    Ronda J. Winnecour

            Movant
      vs.

    ALLEGENT COMMUNITY FCU

            Respondent(s)

Case No. 16-24005CMB

Chapter 13

Document No.____

### NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 4
Court Claim Number - 9

4/4/2019

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    MICHELLE R BOWERS

          Debtor(s)

    Ronda J. Winnecour

          Movant

      vs.

    ALLEGENT COMMUNITY FCU

          Respondent(s)

Case No.16-24005CMB

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHELLE R BOWERS, 214 WILLOW RUN DR., BUTLER, PA  16001

JOSEPH J NASH ESQ, PO BOX 673, 164 S MAIN ST, SLIPPERY ROCK, PA  16057

ALLEGENT COMMUNITY FCU, 2000 CORPORATE DR STE 200, WEXFORD, PA  15090

WELTMAN WEINBERG & REIS CO LPA, 2500 KOPPERS BUILDING, 436 SEVENTH AVE, PITTSBURGH, PA  15219-1842

WELTMAN WEINBERG & REIS CO LPA (FORMERLY KERI P EBECK ESQ)**, 2500 KOPPERS BLVD, 436 7TH AVE, PITTSBURGH, PA  15219-1842

04/04/2019

/s/ Renee Ward

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com