UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**MICHELLE R. BOWERS**<br><br>Debtors. | Case Number: 16-24005-CMB<br><br>Chapter: 13<br><br>Related to Document No. 93<br><br>Hearing Date & Time: Oct. 11, 2019 11:00 am |
| **CAVALRY SPV I, LLC – ASSIGNEE OF CAPITAL ONE, N.A.**,<br><br>    Movant,<br><br>vs.<br><br>**MICHELLE R. BOWERS and RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE,**<br><br>    Respondents. | Response Due by: Sept. 9, 2019 |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF CAVALRY SPV I., LLC – ASSIGNEE OF CAPITAL ONE, N.A. FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **September 9, 2019**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if a hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A hearing will be held on **October 11, 2019, at 11:00, AM** before Judge Carlota M. Bohm in Courtroom B on the 54th Floor of the US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: August 23, 2019

      MAURICE WUTSCHER, LLP
Attorneys for Movant
Cavalry SPV I, LLC – Assignee of Capital One, N.A.

**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esquire
Attorney I.D. No. 85248
Maurice Wutscher, LLP
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550
tdominczyk@mauricewutshcer.com