UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**<br><br>**MICHELLE R. BOWERS**<br><br>**Debtors.** | Case Number: 16-24005-CMB<br><br>Chapter: 13<br><br>Related to Document No. 93<br><br>Hearing Date & Time: Oct. 11, 2019 11:00 am |
| **CAVALRY SPV I, LLC – ASSIGNEE OF CAPITAL ONE, N.A.,**<br><br>        **Movant,**<br><br>vs.<br><br>**MICHELLE R. BOWERS and RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE,**<br><br>        **Respondents.** | Response Due by: Sept. 9, 2019 |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Thomas R. Dominczyk, certify under penalty of perjury that I served the above captioned Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below on August 23, 2019.

Service by Electronic Notification via ECF:

Thomas R. Dominczyk on behalf of Creditor Cavalry SPV I, LLC – Assignee of Capital One, N.A.
tdominczyk@mauricewutscher.com

Joseph J. Nash, Esq. on behalf of Debtor Michelle R. Bowers
attorneynash@nashlawoffice.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Service by First Class Mail:

JOSEPH J. NASH, ESQ.
PO BOX 673
164 SOUTH MAIN STREET
SLIPPERLY ROCK, PA 16057

RONDA J. WINNECOUR, ESQ.
CHAPTER 13  TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

MICHELL R. BOWERS
214 WILLOW RUN ROAD
BUTLER, PA 16001

    Respectfully submitted,
    MAURICE WUTSCHER, LLP
    Attorneys for Movant
    Cavalry SPV I, LLC – Assignee of Capital One, N.A.

    **/s/ Thomas R. Dominczyk**
    Thomas R. Dominczyk, Esquire
    Attorney I.D. No. 85248
    Maurice Wutscher, LLP
    5 Walter E. Foran Blvd., Suite 2007
    Flemington, NJ 08822
    (908) 237-4550
    tdominczyk@mauricewutshcer.com