UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>MICHELLE R. BOWERS<br><br>Debtors. | Case Number: 16-24005-CMB<br><br>Chapter: 13<br><br>Related to Document No. 93<br><br>Hearing Date & Time: Oct. 11, 2019 11:00 am |
| CAVALRY SPV I, LLC – ASSIGNEE OF CAPITAL ONE, N.A.,<br><br>Movant,<br><br>vs.<br><br>MICHELLE R. BOWERS and RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE,<br><br>Respondents. | Response Due by: Sept. 9, 2019<br><br><br><br>**ENTERED BY DEFAULT** |

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __26th__ day of __September__, 2019, at Pittsburgh, Pennsylvania, upon Motion of Cavalry SPV I, LLC (Movant), it is

**ORDERED AND DECREED THAT:** the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 are modified with respect to a certain 2014 Polaris ATV (VIN: 3NSJT9EAXEF379159) (hereinafter the "Collateral"), as to allow the Movant to take the necessary steps to repossess and liquidate the Collateral.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/26/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 16-24005-CMB
Michelle R Bowers                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric                  Page 1 of 1                   Date Rcvd: Sep 26, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Michelle R Bowers,    214 Willow Run Dr.,    Butler, PA 16001-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Daniel R. Schimizzi    on behalf of Creditor    John Deere Financial dschimizzi@wtplaw.com,
               LLescallette@wtplaw.com;sharding@wtplaw.com
              James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Joseph J. Nash    on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net
              Laurence A. Mester    on behalf of Creditor    Portfolio Recovery Associates, LLC
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, NA pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas R. Dominczyk    on behalf of Creditor    Cavalry SPV I, LLC tdominczyk@mauricewutscher.com,
               thomas-dominczyk-5025@ecf.pacerpro.com
                                                                                             TOTAL: 11