**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/28/2020

IN RE:

MICHELLE R BOWERS
214 WILLOW RUN DR.
BUTLER, PA 16001
XXX-XX-4196          Debtor(s)

Case No.16-24005 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/28/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LEVIN FURNITURE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8942/PRAE |
| **JEROME BLANK ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFC TOWER<br>555 GRANT STE STE 300<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WELLS FARGO BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGENT COMMUNITY FCU**<br>2000 CORPORATE DR STE 200<br>WEXFORD, PA  15090 | Trustee Claim Number: 4   INT %: 6.75%<br>Court Claim Number: 9<br>CLAIM:  5,474.40<br>COMMENT:  $CL-PL@6.75%MDF/PL | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  2205 |
| **ALLEGENT COMMUNITY FCU**<br>1001 LIBERTY AVE STE 100<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  9,867.58<br>COMMENT:  RS/OE*51313.84/CL*CL2GOV@LTCD*788.95X60+2=LMT*CO SIGNED*DK*FR ALLY-D | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1183 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85715 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL@CAP ONE*ORIG CL=10565*CAP ONE*W/18 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0584 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  0.00<br>COMMENT:  RS/OE*9541.51/CL*SURR/PL*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7024 |
| **JOHN DEERE FINANCIAL**<br>C/O WELTMAN WEINBERG & REIS CO LPA<br>PO BOX 93784<br>CLEVELAND, OH  44101 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM:  0.00<br>COMMENT:  RS/COE*SURR/PL*W/33*DK*ORG CL 17695*AMD CL=0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6716 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 10   INT %: 2.90%<br>Court Claim Number: 4<br>CLAIM:  23,671.23<br>COMMENT:  23654.27@2.9%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5908 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br><br>DES MOINES, IA 50328 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*BGN 11/16*DKT4 PMT-LMT | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1863 |
| **BUTLER ASD & CENTER TOWNSHIP (EIT)**<br>C/O BERKHEIMER TAX ADMIN - DLNQ CLLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 167.97<br>COMMENT: 13*$@0%/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4196 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 11,360.29<br>COMMENT: 13561.21@0%/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4196 |
| **ALLEGENT COMMUNITY FCU**<br>2000 CORPORATE DR STE 200<br><br>WEXFORD, PA 15090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 3,227.71<br>COMMENT: 2003/SCH*NO LAST PMT DT*2013 LOAN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2203 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 9,168.65<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3761 |
| **STERLING INC/BELDEN JEWELERS**<br>ATTN: BANKRUPTCY DEPT<br>375 GHENT RD<br><br>AKRON, OH 44333 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2675 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br><br>BUTLER, PA 16001 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85715 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 17-2<br><br>CLAIM: 7,653.34<br>COMMENT: SURR/PL@CAP ONE*W/7 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0584 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 18<br><br>CLAIM: 13,308.75<br>COMMENT: CAP ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7466 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6947 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  3,133.15<br>COMMENT:  CITIBANK/SEARS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6020 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  3,195.38<br>COMMENT:  CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3980 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPT OF**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br><br>PORTLAND, OR  97208-4450 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:11-2<br><br>CLAIM:  102,756.83<br>COMMENT:  1015/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4196 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  2,515.20<br>COMMENT:  DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0941 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  760.52<br>COMMENT:  KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4786 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  2,538.76<br>COMMENT:  8942/SCH*SYNCHRONY/LEVIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5809 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:14-2<br><br>CLAIM:  1,620.90<br>COMMENT:  SYNCHRONY/LOWE'S*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6134 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  774.98<br>COMMENT:  SYNCHRONY/SAM'S CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1480 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH G | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SHAWN BOWERS**<br>215 LITMAN RD APT 9E<br><br>BUTLER, PA  16001 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:5 <br> CLAIM: 2,200.92 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4196 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING MAC# F2302 04C <br> ONE HOME CAMPUS <br> DES MOINES, IA  50328 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:6 <br> CLAIM: 282.11 <br> COMMENT:  $CL-PL*THRU 10/16 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  1863 |
| **JOHN DEERE FINANCIAL** <br> C/O WELTMAN WEINBERG & REIS CO LPA <br> PO BOX 93784 <br> CLEVELAND, OH  44101 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:8-3 <br> CLAIM: 6,039.84 <br> COMMENT:  DEFICIENCY*W/9*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6716 |