IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Michelle R. Bowers | : | Bankruptcy No. 16-24005-CMB |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Michelle R. Bowers, Movant | : | |
| v. | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 21, 2020 at docket number 100 Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 21, 2021                By:    /s/ Joseph J. Nash
                                                  Signature
                                                  Joseph J. Nash
                                                  Name of Filer - Typed
                                                  PO Box 673, Slippery Rock, PA 16057
                                                  Address of Filer
                                                  attorneynash@nashlawoffice.net
                                                  Email Address of Filer
                                                  724-406-0616
                                                  Phone Number of Filer
                                                  204583 - PA
                                                  Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**