**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MICHELLE R BOWERS | Case No. 16-24005CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>MICHELLE R BOWERS | Chapter 13<br><br>Document No. 105 |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___21st___ day of __October__, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Department Of Veterans Affairs
Attn: Payroll Manager
Garnishment Operations-Hga
Pob 998002
Cleveland, OH 44199

is hereby ordered to immediately terminate the attachment of the wages of MICHELLE R BOWERS, social security number XXX-XX-4196. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHELLE R BOWERS.

FILED
10/21/21 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm       dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24005-CMB |
| Michelle R Bowers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle R Bowers, 214 Willow Run Dr., Butler, PA 16001-1262 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Daniel R. Schimizzi | on behalf of Creditor John Deere Financial dschimizzi@wtplaw.com  LLescallette@wtplaw.com;sharding@wtplaw.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  NA pawb@fedphe.com |
| Joseph J. Nash | on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net |
| Laurence A. Mester | on behalf of Creditor Portfolio Recovery Associates  LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas R. Dominczyk
    on behalf of Creditor Cavalry SPV I  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

TOTAL: 11