**Fill in this information to identify the case:**

Debtor 1  MICHELLE R. BOWERS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 16-24005-CMB

---

Form 4100R

# Response to Notice of Final Cure Payment 12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1863

**Property address:** 214 Willow Run Drive
Number Street
Butler, PA 16001
City State ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2021
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: +(b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 12/01/2021
MM/DD/YYYY

Debtor1  MICHELLE R. BOWERS                                        Case number *(if known)* 16-24005-CMB
        First      Middle      Last

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                                                   Date 11/09/2021
   Signature

Print     Mario Hanyon, Esquire                                  Title  Attorney
           First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   302 Fellowship Road, Ste 130
           Number      Street

           Mount Laurel, NJ 08054
           City      State    ZIP Code

Contact phone  844-856-6646 x4560        Email  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br><br> MICHELLE R. BOWERS | Case No. 16-24005-CMB <br><br> Chapter 13 |
| Wells Fargo Bank, N.A., <br><br> Movant <br><br><br> vs. <br><br> MICHELLE R. BOWERS, <br><br> Debtor, <br><br><br> Ronda J. Winnecour, <br><br> Respondent. | Hearing Date: TBD <br><br> Hearing Time: TBD <br><br> Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that on November 9, 2021, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Joseph J. Nash, Esq. | Ronda J. Winnecour |
| The Nash Law Office | Suite 3250, USX Tower |
| P.O. Box 673 | 600 Grant Street |
| 164 S. Main St. | Pittsburgh, PA 15219 |
| Slippery Rock, PA 16057 | *Chapter 13 Trustee* |
| attorneynash@nashlawoffice.net | |
| *Counsel for Debtor* | |

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| MICHELLE R. BOWERS | Ronda J. Winnecour |
| 214 WILLOW RUN DR | Suite 3250, USX Tower |
| BUTLER, PA 16001-1262 | 600 Grant Street |
| *Debtor* | Pittsburgh, PA 15219 |
| | *Chapter 13 Trustee* |

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>November 9, 2021</u>

                                            */s/ Mario Hanyon*
                                            Mario Hanyon, Esquire
                                            (Bar No. 203993)
                                            Attorney for Creditor
                                            BROCK & SCOTT, PLLC
                                            302 Fellowship Road, Ste 130
                                            Mount Laurel, NJ 08054
                                            Telephone: 844-856-6646 x4560
                                            Facsimile: 704-369-0760
                                            E-Mail: pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**