**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michelle R Bowers**
Debtor(s)

Bankruptcy Case No.: 16–24005–CMB
Related to Doc. No. 112
Chapter: 13
Docket No.: 113 – 112

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/7/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/25/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb–proc–videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/7/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 16-24005-CMB

Michelle R Bowers                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dric                                                    Page 1 of 3

Date Rcvd: Nov 23, 2021                  Form ID: 408v                                      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michelle R Bowers, 214 Willow Run Dr., Butler, PA 16001-1262 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14312390 | + | Allegent Community Fcu, 1001 Liberty Ave, Ste #100, Pittsburgh, PA 15222-3715 |
| 14336999 | + | Allegent Community Federal Credit Union, 2000 Corporate Drive, Suite 2500, Wexford, PA 15090-7611 |
| 14312393 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14387587 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14312394 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14312395 | + | Berkheimer Tax, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14312396 | + | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14367531 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14400437 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14312403 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 14312405 | + | Harley Davidson Credit, Dept. 15129, Palatine, IL 60055-0001 |
| 14328541 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14312409 | + | Subaru Motors, PO Box 901037, Fort Worth, TX 76101-2037 |
| 14312413 | + | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 14336563 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC # N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2021 23:26:00 | John Deere Financial, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1908 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:55 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14328063 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2021 23:25:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14312392 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2021 23:25:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14312397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Cap1/polrs, Capital One Retail Services, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14312398 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14312399 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14356667 | + | Email/Text: bankruptcy@cavps.com | | |

District/off: 0315-2                                     User: dric                                              Page 2 of 3
Date Rcvd: Nov 23, 2021                              Form ID: 408v                                       Total Noticed: 45

|  |  |  | Nov 23 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
|---|---|---|---|---|
| 14312401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14312402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14345101 |  | Email/Text: litbkcourtmail@johndeere.com | Nov 23 2021 23:25:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston IA 50131 |
| 14312407 |  | Email/Text: litbkcourtmail@johndeere.com | Nov 23 2021 23:25:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 14687870 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2021 23:26:00 | Deere & Company d/b/a John Deere Financial, c/o Bernstein-Burkley, P.C., 707 Grant St. Ste. 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14318440 |  | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14312404 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14312406 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2021 23:25:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14312400 |  | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:29:03 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14330360 |  | Email/Text: bk.notifications@jpmchase.com | Nov 23 2021 23:26:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 15050651 | + | Email/Text: BKRMailOps@weltman.com | Nov 23 2021 23:26:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, P.O. Box 93784, Cleveland, OH 44101-5784 |
| 14312408 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 23:25:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14377236 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14365572 |  | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:29:06 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14703742 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14398489 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14325397 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312410 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synch/levin Furniture, Po Box 965064, Orlando, FL 32896-5064 |
| 14312411 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14312412 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:50 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2                                  User: dric                                  Page 3 of 3
Date Rcvd: Nov 23, 2021                              Form ID: 408v                               Total Noticed: 45

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | Cavalry SPV I, LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Portfolio Recovery Associates, LLC |
| cr | | Wells Fargo Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312391 | ##+ | Allegent Credit Union, 1001 Liberty Ave., Pittsburgh, PA 15222-3726 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Daniel R. Schimizzi | on behalf of Creditor John Deere Financial dschimizzi@wtplaw.com LLescallette@wtplaw.com;sharding@wtplaw.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank NA pawb@fedphe.com |
| Joseph J. Nash | on behalf of Debtor Michelle R Bowers attorneynash@nashlawoffice.net |
| Laurence A. Mester | on behalf of Creditor Portfolio Recovery Associates LLC lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas R. Dominczyk | on behalf of Creditor Cavalry SPV I LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |

TOTAL: 11