| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Michelle R Bowers | Case Number:<br>2:2016-bk-24005 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **COURT USE ONLY**<br>**X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>    Wells Fargo Bank, N.A.<br>    Attention: Payment Processing<br>    MAC F2302-04C<br>    1 Home Campus<br>    Des Moines, IA 50328<br>    Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **1863**  UCID: **WFCMGF1624005PAW41961863** | | __ Check this box if the account number has changed. |
| 2.   Court Claim Number: **6** | | |

3.   **Signature:**

**Check the appropriate box.**
  X   I am the creditor.
      I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
      I am the trustee, or the debtor.
      I am a guarantor, surety, endorser, or other codebtor.

By:   /s/ Maun Michelle Mason              Date:  12/28/2021
        VP Loan Documentation

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 16-24005

**Michelle R Bowers**  CHAPTER: 13

**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 28, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Michelle R Bowers
214 Willow Run Dr.
Butler, PA 16001

*Trustee:*  *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)